```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MICHAEL S. MCCANTS,

                Plaintiff,

      - against -

TEAM ELECTRIC, INC.,

                Defendant.
---------------------------------------------------------------X

19-CV-9565 (AJN) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    On November 23, 2020, Defendant filed a motion to compel arbitration. The deadline for any response was December 7, 2020. Plaintiff has not filed any response. Accordingly, Plaintiff shall have until **January 6, 2021**, to file a response. Failure to submit a response may result in grant of Defendant's motion for that reason alone. Any reply by Defendant shall be filed by **January 20, 2021**.

                        SO ORDERED.

                        _____
                        ROBERT W. LEHRBURGER
                        UNITED STATES MAGISTRATE JUDGE

Dated: December 21, 2020
       New York, New York

Copies transmitted this date to all counsel of record.