```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/23/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael S. McCants,

                Plaintiff,

–v–

Team Electric, Inc.,

                Defendant.

19-cv-9565 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On February 19, 2021, the Court ordered the parties to file a joint status report every six months until the completion of arbitration. Dkt. No. 33. The Court is not receipt of a report. The parties shall file a joint status report by August 30, 2021.

    SO ORDERED.

Dated: August 23, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge