USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/1/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael S. McCants,

                Plaintiff,

    –v–

Team Electric, Inc.,

                Defendant.

19-cv-9565 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On February 19, 2021, the Court ordered the parties to file a joint status report every six months until the completion of arbitration. Dkt. No. 33. Having not received any status report, the Court ordered the parties to file a joint status report by August 30, 2021. The Court is still not in receipt of a status report.

    The parties shall file a joint status report by September 7, 2021. Failure to comply with the Court's orders may result in sanctions, including dismissal with prejudice.

    SO ORDERED.

Dated: September 1, 2021
       New York, New York

                                            ALISON J. NATHAN
                                      United States District Judge