```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MICHAEL S. McCANTS,

                Plaintiff,

      - against -

TEAM ELECTRIC, INC.

                Defendant.
---------------------------------------------------------------X

19-CV-9565 (AJN) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On September 1, 2021, the stay of this case pending arbitration was continued for 90 days so that arbitration could be completed. More than 90 days has elapsed, and no update has been provided from the parties. On September 14, 2021, Plaintiff filed a letter with the Court expressing concerns about his case and the role of his attorney, Chauncey Henry. Accordingly, the Court will schedule a case management conference. In the meantime, by **January 20, 2022**, the parties shall file a joint status report.

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: January 13, 2022
        New York, New York

Copies transmitted to all counsel of record.