```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/3/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICHAEL S. McCANTS,

                Plaintiff,

      - against -

TEAM ELECTRIC, INC.

                Defendant.
-------------------------------------------------------------X

19-CV-9565 (AJN) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As ordered at the show cause hearing held on August 3, 2022, and supplemented herein:

1. Plaintiff must initiate arbitration against Team Electric by serving an arbitration demand on Team Electric's counsel of record in this case. Plaintiff must do so no later than **August 17, 2022**.

2. The parties must follow the contractual dispute resolution procedures, substituting Team Electric's name in place of references to CrewForce.

3. By **August 31, 2022**, the parties shall meet and confer to determine whether they mutually agree to bypass the mediation step of the dispute resolution provisions. If the parties do not so mutually agree, then by **September 7, 2022**, Plaintiff shall file a letter requesting the Court to refer the matter to the District's mediation program.

4. The parties shall file status letters every 90 days (the first such report being due 90 days from entry of this order), or within 10 days of agreement, if any, to settle the case.

5. Plaintiff's failure to comply may result in dismissal of his case.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 3, 2022
New York, New York

Copies transmitted to all counsel of record.